

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 23 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFRED HAMILTON,<br>  A/K/A SPUD,<br>  A/K/A AVALANCHE,<br>GERARDO VILLA,<br>RAMON VILLA, AND<br>RAUL LOPEZ-LOPEZ | Criminal Indictment<br><br>No. 1:20CR-446<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least as of on or about August 25, 2015, and continuing until at least on or about August 12, 2016, in the Northern District of Georgia, the defendants,

ALFRED HAMILTON,
A/K/A SPUD,
A/K/A AVALANCHE,
GERARDO VILLA,
RAMON VILLA, AND
RAUL LOPEZ-LOPEZ,

did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to

knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving:

a. at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, pursuant to Title 21, United States Code, Section 841(b)(1)(A) as to ALFRED HAMILTON, A/K/A SPUD, A/K/A AVALANCHE, GERARDO VILLA, AND RAUL LOPEZ-LOPEZ; and

b. at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A) as to RAMON VILLA;

all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about December 20, 2015, in the Northern District of Georgia, the defendants,

>ALFRED HAMILTON,
>A/K/A SPUD,
>A/K/A AVALANCHE,
>GERARDO VILLA, AND
>RAUL LOPEZ-LOPEZ,

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled

substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count Three

On or about January 27, 2016, in the Northern District of Georgia, the defendant, RAMON VILLA, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A); in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Forfeiture

Upon conviction of one or more of the controlled substance offenses alleged in this Indictment, the defendants, ALFRED HAMILTON A/K/A SPUD A/K/A AVALANCHE, GERARDO VILLA, RAMON VILLA, AND RAUL LOPEZ-LOPEZ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, the following:

(a) MONEY JUDGMENT:  A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A __TRUE__ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*Rachel S. Lyons*
RACHEL S. LYONS
*Special Assistant United States Attorney*
Georgia Bar No. 721677

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181